IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 11-70481-HDH-13 |
| BARRETT DUANE MORLAN | DATED: March 14, 2013 |
| JACKIE CARRIEE MORLAN | HEARING DATE: 3/13/2013 |
| | HEARING TIME: 10:00 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2011 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2011 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN" without prejudice to refiling the same, for the motion dated 2/5/2013.

   /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal was this date served on the following parties electronically or by U.S first class mail:

   /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

| | |
|---|---|
| Internal Revenue Service<br>  PO Box 7346<br>  Philadelphia, PA 1901-7346 | Debtor Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS TX 76301-0000 |
| Debtor1:<br>  BARRETT DUANE MORLAN<br>  PO BOX 23<br>  OKLAUNION TX 76373 | Debtor 2:<br>  JACKIE CARRIEE MORLAN<br>  PO BOX 23<br>  OKLAUNION TX 76373 |