

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed January 9, 2014**

United States Bankruptcy Judge

_____

MTDZ 0013.000750I

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | |
| BARRETT DUANE MORLAN | CASE NO: 11-70481-HDH-13 |
| JACKIE CARRIEE MORLAN | DATED: January 3, 2014 |
| | HEARING DATE: November 20, 2013 |

_____

**ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER**
_____

Pursuant to the Interlocutory Order entered on NOVEMBER 22, 2013 providing that, if the above Debtor(s) does/do not BEGIN ADDITIONAL PAYMENTS OF $193.50 AND RESUME REGULAR PAYMENTS DECEMBER 22, 2013, the case would be Dismissed without further notice to the Debtor(s). Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

United States Bankruptcy Court
Northern District of Texas

In re:
Barrett Duane Morlan
Jackie Carriee Morlan
    Debtors

Case No. 11-70481-hdh
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7      User: jblanco      Page 1 of 2      Date Rcvd: Jan 09, 2014
                       Form ID: pdf022      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2014.
```
db/jdb       +Barrett Duane Morlan,    Jackie Carriee Morlan,    PO Box 23,    Oklaunion, TX 76373-0023
14433331     +Afni, Inc.,    Attn: Bankruptcy,    PO Box 3037,    Bloomington, IL 61702-3037
14736573     +Big Sky Cash,    P.O. Box 128,    Timberlake, SD 57656-0128
14433333     +Big Sky Loans,    15503 Ventura Blvd,    Ste 300,    Encino, CA 91436-3127
14433334     +Brownings Reliable Cars & Trucks,    4570 Seymour Highway,    Wichita Falls, TX 76309-2602
14433336     +Electra Medical Clinic,    1207 S Bailey Street,    P.O. Box 1112,    Electra, TX 76360-1112
14450238     +Electra Medical Clinic,    P.O. Box 1112,    Electra, TX 76360-1112
14433338     +Executive Services,    PO Box 2248,    Wichita Falls, TX 76307-2248
14433339     +Herring Bank,    1900 Pease St,    Vernon, TX 76384-4608
14669128     +Herring Bank,    PO Box 2040,    Vernon TX 76385-2040
14433344      NCO Financial Services-The General,    P.O. Box 15456,    Wilmington, DE 19850-5456
14433345     +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2411
14433346     +Portfolio Acquisitions,    PO Box 105127,    Atlanta, GA 30348-5127
14433347     +Preferred Credit Inc,    PO Box 1970,    St Cloud, MN 56302-1970
14433348     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14433349     +Smith, Haynes, and Whatson,    6950 W. 56th Street,    Mission, KS 66202-2590
14433350     +Texas Car Title and Payday Loan Services,    2616 Wilbarger Street,    Vernon, TX 76384-4566
14433353      United Regional,    1600 8th Street,    Wichita Falls, TX 76301-3164
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14433351      E-mail/Text: bankruptcy@cottonwoodfinancial.com Jan 09 2014 22:58:16     The Cash Store,
               811 Hillcrest Dr.,    Vernon, TX 76384
14440390     +E-mail/PDF: bk@worldacceptance.com Jan 09 2014 23:04:37      Capitol Loans,
               3401 Kemp Blvd., Suite N,    Wichita Falls, TX 76308-1800
14433335     +E-mail/PDF: bk@worldacceptance.com Jan 09 2014 23:04:39      Capitol Loans,    3100 Seymour Highw,
               Wichita Falls, TX 76301-1850
14433337     +E-mail/Text: bknotice@erccollections.com Jan 09 2014 22:59:35     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14433341      E-mail/Text: cio.bncmail@irs.gov Jan 09 2014 22:58:29     IRS Special Procedures,
               1100 Commerce St., Room 951,    Mail Stop 5029 DAL,    Dallas, TX 75246
14433340     +E-mail/Text: cio.bncmail@irs.gov Jan 09 2014 22:58:29     Internal Revenue Service,
               Special Procedures-Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
14433352     +E-mail/Text: txu_legal_collections@txu.com Jan 09 2014 23:00:17     Txu Electric-TXU Energy,
               Attention: Bankruptcy,    PO Box 650393,    Dallas, TX 75265-0393
14433354     +E-mail/Text: bankruptcy@wscadc.tzo.com Jan 09 2014 22:59:35     Western Shamrock Corporation,
               Attention: Bankruptcy,    801 S Abe St.,    San Angelo, TX 76903-6735
14433355     +E-mail/PDF: bk@worldacceptance.com Jan 09 2014 23:04:37      World Acceptance Corp,    1521 Main St,
               Vernon, TX 76384-4743
14474405     +E-mail/PDF: bk@worldacceptance.com Jan 09 2014 23:04:37      World Finance Corporation,
               3108 Wilbarger Street,    Vernon, TX 76384-7925
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14433332*    +Barrett Duane Morlan,    PO Box 23,    Oklaunion, TX 76373-0023
14433342*    +Jackie Carriee Morlan,    PO Box 23,    Oklaunion, TX 76373-0023
14433343    ##+Lawton Retail Merchant,    1114 Sw A Ave,    Lawton, OK 73501-3899
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2014                                      Signature:   /s/Joseph Speetjens

```
District/off: 0539-7          User: jblanco              Page 2 of 2              Date Rcvd: Jan 09, 2014
                              Form ID: pdf022            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2014 at the address(es) listed below:
              Monte J. White    on behalf of Joint Debtor Jackie Carriee Morlan legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              Monte J. White    on behalf of Debtor Barrett Duane Morlan legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org, ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                             TOTAL: 4
```